**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY LEE AGEE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-882 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| FOREST KIMBROUGH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-901 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| LINDA ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-919 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| NATIONAL BLACK FARMERS ) | |
| ASSOCIATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-940 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| WILLIE E. BENNETT, <u>et al.</u>, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No.  08-cv-962 (PLF) |
| | ) |
| ED SCHAFER, SECRETARY OF THE | ) |
| U.S. DEPARTMENT OF AGRICULTURE, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR A STAY

The parties to the above-captioned lawsuits, by and through their undersigned counsel, hereby move the Court for a stay of all proceedings for a period of 90 days in order to explore the possibilities of settlement. In support of this Joint Motion, the parties respectfully submit:

1. On May 22, 2008, Congress enacted Public Law No. 110-234, § 14012 (2008), which permits a qualifying African American farmer to bring a civil action against the U.S. Department of Agriculture under certain terms and conditions.

2. Shortly after the passage of § 14012, these five lawsuits were filed.

3. On June 5, 2008, the parties to these suits met to discuss preliminarily the possibility of settling these complaints and any other claims brought under § 14012.

4. In light of their preliminary discussions, the parties have determined that further global settlement negotiations should be pursued.

5. In order to ensure that the proper resources and attention are focused on these settlement efforts without competing litigation demands, the parties move the Court to stay all proceedings in these lawsuits (including but not limited to Defendant's responses to the Complaints, the parties' discovery, and Defendant's disclosure requirements under § 14012(e)), and in any subsequent suits that are filed under § 14012 prior to September 1, 2008, for a period

of 90 days. The parties to these suits agree to include in their settlement discussions the parties to any suits that are filed while the stay is in effect.

6. The parties agree to conduct their discussions in an expeditious manner in an attempt to settle these cases and will report to the Court no later than September 8, 2008, on the status of these discussions and whether any additional time to conduct settlement discussions is warranted.

7. A proposed order is attached for the Court's consideration and convenience.

For the foregoing reasons, the Court should grant this Joint Motion for a Stay, order that the above-captioned lawsuits be stayed for a period of 90 days, and order that all later-filed complaints be stayed for the duration of this stay.[1]

Dated: June 12, 2008

FOR THE PLAINTIFFS:                    Respectfully submitted,

                                       /s/
                                       _____
                                       Andrew H. Marks, D.C. Bar No. 932269
                                       Laurel Pyke Malson, D.C. Bar No. 317776
                                       CROWELL & MORING LLP
                                       1001 Pennsylvania Avenue, N.W.
                                       Washington, DC  20004
                                       Tel:  (202) 624-2500
                                       Fax:  (202) 628-5116
                                       Email:  amarks@crowell.com
                                       Email:  lmalson@crowell.com

                                       Attorneys for National Black Farmers

---

[1] Should the cases not be resolved pursuant to a settlement, Defendant expressly reserves the right to raise any applicable defenses contained in Federal Rule of Civil Procedure 12(b), including, but not limited to, the defense of insufficiency of service, insufficiency of process, improper venue, and lack of personal jurisdiction.

Association and the Individual Plaintiffs in Case No. 08-cv-940 (PLF)

/s/
_____
J. L. Chestnut, Jr.
Henry Sanders
Rose M. Sanders
Chestnut, Sanders, Sanders,
  Pettaway & Campbell, L.L.C.
One Union Street
Selma, Al  36702
Tel:  (334) 875-9264
Fax:  (334) 875-9853

/s/
_____
Phillip L. Fraas D.C. Bar #211219
818 Connecticut Ave., N.W.
Washington, DC  20006
Tel:  (202) 223-1499
Fax:  (202) 223-1699
Email:  pfraas@phillipfraaslaw.com

/s/
_____
David J. Frantz D.C. Bar #202853
Brian P. Phelan D.C. Bar #193441
Conlon, Frantz & Phelan, LLP
1818 N Street, N.W. #400
Washington, DC  20036
Tel:  (202) 331-7050
Fax:  (202) 331-9306
Email:  dfrantz@conlonfrantz.com
Email:  bphelan@conlonfrantz.com

Attorneys for Forest Kimbrough et al., in Case No. 08-cv-901 (PLF)

/s/
_____
Harris L. Pogust, D.C. Bar No. AR 0001
Pogust, Braslow & Millrood, LLC
161 Washington Street, Suite 1520

        Conshohocken, PA  19428
        Tel:  (610) 941-4204
        Fax:  (610) 941-4245
        Email:  hpogust@pbmattorneys.com

        Attorneys for the Individual Plaintiffs in
        Case No. 08-cv-882 (PLF),
        Case No. 08-cv-919 (PLF), and
        Case No. 08-cv-962 (PLF)


FOR THE DEFENDANT:        Respectfully submitted,

        GREGORY G. KATSAS
        Acting Assistant Attorney General

        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

          /s/
_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney
DORIS D. COLES-HUFF, D.C. Bar # 461437
Assistant United States Attorney
Civil Division, Room E4216
555 Fourth Street, N.W.
Washington, DC  20530
Tel:  (202) 514-7170
Email:  Doris.Coles@usdoj.gov

          /s/
_____
MICHAEL SITCOV, D.C. Bar # 308692
RACHEL J. HINES, D.C. Bar # 424774
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
Tel:  (202) 514-1944
Email:  michael.sitcov@usdoj.gov
Email:  rachel.hines@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY LEE AGEE et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-882 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| FOREST KIMBROUGH et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-901 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| LINDA ADAMS et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-919 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |
| NATIONAL BLACK FARMERS ) | |
| ASSOCIATION et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-cv-940 (PLF) |
| ) | |
| ED SCHAFER, SECRETARY OF THE ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| ) | |
| Defendant. ) | |

| | |
|---|---|
| WILLIE E. BENNETT et al., )<br>)<br>    Plaintiffs, )<br>)<br>        v. )<br>)<br>ED SCHAFER, SECRETARY OF THE )<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>)<br>Defendant.                                                  ) | Case No.  08-cv-962 (PLF) |

## ORDER

Upon consideration of the Joint Motion for a Stay, IT IS ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED THAT the above-captioned lawsuits are stayed in their entirety (including but not limited to Defendant's responses to the Complaints, the parties' discovery, and Defendant's disclosure requirements under § 14012(e)), for a period of 90 days for purposes of settlement negotiations;

IT IS FURTHER ORDERED THAT any later-filed complaints brought prior to September 1, 2008, under § 14012 are also stayed for the duration of the stay entered in these cases, and the parties to any later-filed complaints shall be permitted to participate in the ongoing settlement negotiations in these cases;

IT IS FURTHER ORDERED THAT the parties shall report to the Court no later than September 8, 2008, on the status of their negotiations.

Dated this ___ day of _____, 2008.

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE