# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Mary Lee Agee, et al** | Attorney: |
| Plaintiff | Pogust Braslow & Millrood, LLC |
| vs. | 161 Washington St. Suite 1520 |
| | Conshohocken, PA. 19428 |
| **Ed Schafer, Secretary, et ux** | |
| Defendant | |

**Case Number:** 1:08-cv-00882

Legal documents received by Same Day Process Service on May 27th, 2008 at 12:45 PM to be served upon **Jeffrey A. Taylor, U.S. Attorney for D.C. at 555 4th St. NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 27th, 2008 at 2:40 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Gary Nails** as **Authorized Agent** of the within named agency, to wit: **U.S. Attorney for the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'7   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: N

Supplemental Data Appropriate to this Service:

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this 28th day of MAY 2018

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009882

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Mary Lee Agee, et al | Attorney: |
| Plaintiff | Pogust Braslow & Millrood, LLC<br>161 Washington St. Suite 1520<br>Conshohocken, PA. 19428 |
| vs. | |
| Ed Schafer, et ux, et al | |
| Defendant | |

**Case Number:** 1:08-cv-0082

Legal documents received by Same Day Process Service on **May 27th, 2008 at 12:45 PM** to be served upon **Ed Schafer, Secretary, The United States Department of Agriculture at 1400 Independence Ave. SW, Washington, DC. 20250**

I, Brandon A. Snesko, swear and affirm that on **May 27th, 2008 at 3:10 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **James Kelly** as **Attorney & Authorized Agent** of the within named agency, to wit: **U.S. Department of Agriculture** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 60   Height: 5'9   Weight: 170   Skin Color: White   Hair Color: Brown, Gray Mustache   Glasses: Y

Supplemental Data Appropriate to this Service:

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of MAY, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000009880

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Mary Lee Agee, et al<br><br>    Plaintiff<br><br>vs.<br><br>Ed Schafer, Secretary, et ux<br><br>    Defendant | Attorney:<br><br>Pogust Braslow & Millrood, LLC<br>161 Washington St. Suite 1520<br>Conshohocken, PA. 19428 |

**Case Number:** 1:08-cv-00882

Legal documents received by Same Day Process Service on May 27th, 2008 at 12:45 PM to be served upon **Michael B. Mukasey, U.S. Attorney General, U.S. Department of Justice at 950 Pennsylvania Ave. NW, Washington, DC. 20530**

I, Brandon A. Snesko, swear and affirm that on **May 27th, 2008 at 2:59 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Donna Monroe** as **Authorized Agent** of the within named agency, to wit: **U.S. Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 40   Height: 5'4   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000009881

District of Columbia: SS
Subscribed and Sworn to before me,
this 28 day of May, 2008

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.