**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY LEE AGEE et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-882 (PLF) |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FOREST KIMBROUGH et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-901 (PLF) |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| LINDA ADAMS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-919 (PLF) |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| NATIONAL BLACK FARMERS ASSOCIATION et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 08-cv-940 (PLF) |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |

|  |  |  |
|---|---|---|
| Defendant. | ) | |
| | ) | |
| WILLIE E. BENNETT et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.  08-cv-962 (PLF) |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| AMBROSE MCKINNEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-cv-1062 (PLF) |
| v. | ) | |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| JAMES BOLTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 08-cv-1070 (PLF) |
| | ) | |
| v. | ) | |
| | ) | |
| ED SCHAFER, SECRETARY OF THE | ) | |
| U.S. DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tamra Moore, along with Michael Sitcov and Rachel

Hines, now appears on behalf of Defendant Ed Schafer, in his official capacity as Secretary of

the United States Department of Agriculture.  Ms. Moore's contact information is:

Tamra T. Moore
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C.  20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8460
Email: tamra.moore@usdoj.gov

Dated: July 1, 2008                              Respectfully submitted,

                                                       GREGORY G. KATSAS
                                                      Acting Assistant Attorney General

                                                      JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                      United States Attorney

                                                      /s/ Doris D. Coles-Huff
                                                      RUDOLPH CONTRERAS, D.C. Bar # 434122
                                                      Assistant United States Attorney
                                                      DORIS D. COLES-HUFF, D.C. Bar # 461437
                                                      Assistant United States Attorney
                                                      Civil Division, Room E4216
                                                      555 Fourth Street, N.W.
                                                      Washington, D.C.  20530
                                                      Telephone:  (202) 514-7170
                                                      Email: Doris.Coles@usdoj.gov

                                                      /s/ Tamra T. Moore
                                                      MICHAEL SITCOV, D.C. Bar # 308692
                                                      RACHEL J. HINES, D.C. Bar # 424774
                                                      TAMRA T. MOORE, D.C. Bar # 488392
                                                      Federal Programs Branch
                                                      Civil Division
                                                      20 Massachusetts Avenue N.W., Room 6146
                                                      Washington, DC  20001
                                                      Telephone:  (202) 514-1944
                                                      Email: michael.sitcov@usdoj.gov
                                                      Email: rachel.hines@usdoj.gov
                                                      Email: tamra.moore@usdoj.gov
                                                      Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on this 1st day of July 2008, I caused a copy of the foregoing Notice of Appearance to be filed electronically and that the document is available for viewing and downloading from the ECF system.

                                          /s/ Tamra T. Moore
                                          Tamra T. Moore

**CERTIFICATE OF COUNSEL**

  Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.


Dated:   7/1/2008           /s/ Tamra T. Moore
                 TAMRA T. MOORE, D.C. Bar No. 488392
                 Trial Attorney
                 U.S. Department of Justice
                 Civil Division, Federal Programs Branch
                 20 Massachusetts Avenue, N.W., Room 7119
                 Washington, D.C.  20530
                 Tel: (202) 514-8095/Fax: (202) 616-8460
                 E-mail: Tamra.Moore@usdoj.gov