## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARY LEE AGEE<br>993 SCR 36<br>MOUNT OLIVE, MS 39119 | ) ) ) ) ) | |
| RONNIE ALDRIDGE<br>16946 CO RD 44<br>LINDEN, AL 36748 | ) ) ) ) ) | **Civil Action No.: 08-cv-882 PLF** |
| VERLENE ALSTON<br>940 COUNTY RD 131<br>APT 213<br>EUTAW, AL 35462 | ) ) ) ) ) | |
| BOBBY G ALSWORTH SR<br>12842 HWY 61<br>FAYETTE, MS 39069 | ) ) ) ) ) | |
| MARIA A AMBROSE<br>P O BOX 713<br>EVERGREEN, AL 36401 | ) ) ) ) | |
| EDDIE E AMERSON<br>P O BOX 1708<br>LIVINGSTON, AL 35470 | ) ) ) ) | |
| WANDA AMERSON<br>P O BOX 1708<br>LIVINGSTON, AL 354701708 | ) ) ) ) | |
| CHARLIE S AMES<br>PO BOX 186<br>CRAWFORD, MS 39743 | ) ) ) ) ) | |

ALBERTA K ANDERSON          )
2880 PEACHBURG ROAD         )
ARMSTRONG, AL 36089         )
                            )
ANNIE MEL ANTHONY LANDERS   )
6400 GARNET DR              )
COLUMBUS, GA 31907          )
                            )
BOBBY LEE BANKS             )
PO BOX 372                  )
CLAYTON, AL 36016           )
                            )
CHARLES E BANKS             )
P O BOX 649                 )
CRYSTAL SPRINGS, MS 39059   )
                            )
MARY S BANKS                )
109 TRIANGLE LN             )
EUFAULA, AL 36027           )
                            )
CAROL  BARNES               )
1832 RIVER RD               )
SILVER CREEK, MS 39663      )
                            )
JACQUELINE L BARNES         )
135 CARTER DEES ROAD        )
TAYLORSVILLE, MS 39168      )
                            )
JANIE M BARNES              )
87 ESCO MARCHIE MCLN RD     )
TAYLORSVILLE, MS 39168      )
                            )
JULIA M BARNES              )
2362 HARSHAW AVE            )
LAWRENCEVILLE, GA 30043     )
                            )

2

RETHA B BARNES                      )
10 MAC ARTHUR LANE                  )
TAYLORSVILLE, MS 39168              )
                                    )
RONNIE  BATES                       )
246 A COUNTRY CLUB DR               )
NATCHEZ, MS 39120                   )
                                    )
AUDRY JEAN BECK                     )
PO BOX 66                           )
BROOKSVILLE, MS 39739               )
                                    )
FLOYD R BEST                        )
113 DIAMOND LANE                    )
WARSAW, NC 28398                    )
                                    )
DARLENE  BLACKMON                   )
755 SID BUSH ROAD                   )
CLAYTON, AL 36016                   )
                                    )
PAULINE  BONNER                     )
P O BOX 1135                        )
LIVINGSTON, AL 35470                )
                                    )
JOSEPH  BOYKIN                      )
1897 COUNTY RD 27                   )
LOUISVILLE, AL 36048                )
                                    )
LINDA  BRAMLETT                     )
484 BASS LAIRD RD                   )
PRENTISS, MS 39474                  )
                                    )
BARBARA  BREED                      )
3285 CRAWFORD RD                    )
CRAWFORD, MS 39743                  )
                                    )

ELLIOTT  BREED                        )
3285 CRAWFORD RD                      )
CRAWFORD, MS 39743                    )
                                      )
HATTIE H BRICE                        )
1407 G F WEST BLVD                    )
NATCHEZ, MS 39120                     )
                                      )
JOHN JACOB BRICE                      )
1407 G F WEST BLVD                    )
NATCHEZ, MS 39120                     )
                                      )
CLARENCE  BROWN                       )
4616 TARA WAY                         )
TROTWOOD, OH 45426                    )
                                      )
HERMAN  BROWN                         )
13627 HWY 61 NORTH                    )
FAYETTE, MS 39069                     )
                                      )
KELLEY D BROWN                        )
269 JACKSON BRIDGES RD                )
PRENTISS, MS 39474                    )
                                      )
LILLIE M BROWN                        )
13627 HWY 61 NORTH                    )
FAYETTE, MS 39069                     )
                                      )
MAE LEAN BROWN                        )
1814 AVENUE J                         )
JACKSON, MS 39213                     )
                                      )
STEVENSON  BROWN                      )
730 PITTMAN DRIVE                     )
UNION SPRINGS, AL 36089               )
                                      )

4

TECORA BROWN                    )
P O BOX 118                     )
TCHULA, MS 39169                )
                                )
VIETTA M BROWN                  )
1117 N 5TH ST                   )
BROOKHAVEN, MS 39601            )
                                )
ALMONICA BURRELL                )
PO BOX 104                      )
GAINESVILLE, AL 35464           )
                                )
JIMMIE DALE CAMPBELL            )
669 COUNTY ROAD 12              )
BAY SPRINGS, MS 39422           )
                                )
CLAUDE CARTER                   )
6012 STAMPLEY RD                )
FAYETTE, MS 39069               )
                                )
MELVIN CARTER                   )
4 MCCABE ST                     )
NATCHEZ, MS 39120               )
                                )
MOSE CARTHON                    )
PO BOX 201                      )
PHENIX CITY, AL 36869           )
                                )
JOHN CARVER                     )
790 PEARL STREET                )
GRENADA, MS 38901-1830          )
                                )
CATHERINE CHANTZ                )
203 MONROE ST                   )
BOX 954                         )
COLLINS, MS 39428               )
                                )

THOMAS R CLARK                                    )
579 SUMMERLAND RD                                 )
TAYLORSVILLE, MS 391684254                        )
                                                  )
ROBERT E COLLINS SR                               )
PO BOX 266                                        )
HAZLEHURST, MS 39083                              )
                                                  )
VELMA J COLLINS                                   )
P O BOX 266                                       )
HAZLEHURST, MS 39083                              )
                                                  )
BARBARA B COLVIN                                  )
PO BOX 217                                        )
ALICEVILLE, AL 35442                              )
                                                  )
MARY COOK CONSTANTINE                             )
PO BOX 47                                         )
BOLIGEE, AL 35443                                 )
                                                  )
GEORGE S COOLEY                                   )
2449 COUNTY RD 114                                )
SHUBUTA, MS 39360                                 )
                                                  )
SENORA  COUSIN SR                                 )
836 HWY 47                                        )
HOUSTON, MS 38851                                 )
                                                  )
ROSIE  CRAFT                                      )
PO BOX 97                                         )
PAULDING, MS 39348                                )
                                                  )
CURTIS LEE CREWS                                  )
27 ABBE DRIVE                                     )
EUFAULA, AL 36027                                 )
                                                  )

6

DELMUS  CROSBY                          )
2098 HWY 532                            )
COLLINS, MS 39428                       )
                                        )
CHARLES H DAVIS                         )
318 NEW FT BROWDER RD                   )
EUFAULA, AL 36027                       )
                                        )
HELEN  DAVIS                            )
86 ALDRICH STREET                       )
NATCHEZ, MS 39120                       )
                                        )
LEON  DAVIS                             )
107-BROWN SUB DIVISION                  )
NATCHEZ, MS 39120                       )
                                        )
SHELLY  DAVIS JR                        )
P O BOX 175                             )
ELBA, AL 36323                          )
                                        )
VONNIE J MALONE DAVIS                   )
246 RICHMOND AVE SOUTH                  )
LEHIGH ACRES, FL 33936                  )
                                        )
JOE  DILLON                             )
3101 SALEM RD                           )
ALICEVILLE, AL 35442                    )
                                        )
CLINTON  DIXON                          )
1522 M L TR RD                          )
NATCHEZ, MS 39120                       )
                                        )
DON  DONALDSON                          )
323 CANNONSBURG RD                      )
NATCHEZ, MS 39120                       )
                                        )

ANITA EDISON )
511 GENTRY RD )
HICKORY, MS 39332 )
)
JOHNNY KAY EDISON )
331 JOE BOOTH RD )
TAYLORSVILLE, MS 39168 )
)
SHELLY EDWARDS )
PO BOX 274 )
MIDWAY, AL 36053 )
)
ANNA ELLIS )
721 GROVE CIRCLE )
UNION SPRINGS, AL 36089 )
)
FREDERICK FLEMING SR )
91 DUCK POND RD )
NATCHEZ, MS 39120 )
)
HERBERT FRY )
H C R 35 BOX 73-A )
EVERGREEN, AL 36401 )
)
GEORGE GAMBLE )
P.O. BOX 404 )
CLAYTON, AL 36016 )
)
ANNIE M GARDNER )
415 SORRELL DR F157 )
LAUREL, MS 39440 )
)
A C GARNER )
PO BOX 121 )
PORT GIBSON, MS 39150 )
)

8

ANNIE  GOOLSBY                          )
121 NANCY ROSS DR                       )
EUFAULA, AL 36027                       )
                                        )
ANITA  GOWAN                            )
1337 HWY 84 EAST                        )
COLLINS, MS 39428                       )
                                        )
TRICHELLE E GRAHAM                      )
333 JOE BOOTH RD                        )
TAYLORSVILLE, MS 39168                  )
                                        )
RICHARD  GRANT SR                       )
202 GRANT RD                            )
SHELBY, MS 38774                        )
                                        )
LARRY  GREEN                            )
137 B STEAM PLANT RD                    )
NATCHEZ, MS 39120-8923                  )
                                        )
SHIRLEY J GREEN                         )
RR 1 BOX 115                            )
SCOOBA, MS 393589715                    )
                                        )
CHARLES  GRIFFIN                        )
43 GROVE ACRES RD                       )
NATCHEZ, MS 39120                       )
                                        )
JENNIE RUTH GRIFFIN                     )
43 GOVERGORE RD                         )
NATCHEZ, MS 39120                       )
                                        )
ROBERTA  GRIGGS                         )
196 WILLIAMS RD                         )
GAINESVILLE, AL 35464                   )
                                        )

DORIS BESTER HALES                )
4872 FRIDAY CIRCLE                )
TUSCALOOSA, AL 35401              )
                                  )
PERCY  HARDY                      )
123 PINE HILL AVE                 )
HAYNEVILLE, AL 36040             )
                                  )
CLARA MAE HATHORN                 )
60 ALBERT-RAYBORN RD              )
COLUMBIA, MS 39429               )
                                  )
MARGARETTE  HAYNES                )
16 HAYNES DR                      )
PO BOX 62                         )
TAYLORSVILLE, MS 39168           )
                                  )
RUTHIE  HAYNES                    )
PO BOX 1293                       )
TAYLORSVILLE, MS 39168           )
                                  )
WILLIE  HAYNES                    )
34 SID ROAD                       )
MIDWAY, AL 36053                 )
                                  )
NANCY  HAYWOOD                    )
PO BOX 480592                     )
LINDEN, AL 36748                 )
                                  )
CHARLES  HETHERINGTON             )
16431 POPLAR CREEK ROAD           )
ATHENS, AL 35611                 )
                                  )
ROSIE N HOLCOMBE                  )
P.O. BOX 412                      )
HAYNEVILLE, AL 36040             )
                                  )

10

JOHN L HOOKER SR                    )
PO BOX 1252                         )
PRENTISS, MS 39474                  )
                                    )
LILLIAN NELL HOOKER                 )
6908 HWY 42                         )
PRENTISS, MS 39474                  )
                                    )
OTIS  HORTON                        )
PO BOX 396                          )
WEBB, MS 38966                      )
                                    )
OLA MAE HOUSTON                     )
573 PINE CREST VIG                  )
ALICEVILLE, AL 35442                )
                                    )
QUEEN E HOWARD DAVE                 )
PO BOX 313                          )
TCHULA, MS 39169                    )
                                    )
MARY E HUTCHERSON                   )
POST OFFICE BOX 2055                )
FAYETTE, MS 39069                   )
                                    )
MAGNOLIA  JACKSON                   )
1318 DRY CREEK RD                   )
MIDWAY, AL 36053                    )
                                    )
TOBIAS J JENKINS                    )
925 MATTINGLY DR                    )
GREENVILLE, MS 38703                )
                                    )
CLARENCE  JOHNSON                   )
521 JOHNSON RD                      )
LORMAN, MS 39096                    )
                                    )

JOHNNIE  JOHNSON                        )
28900 HWY 17                            )
EMELLE, AL 35459                        )
                                        )
JOYCE  JOHNSON                          )
262 REID-GIVENS RD                      )
JAYESS, MS 39641                        )
                                        )
ROSIE  JOHNSON                          )
321 SOUTHMOOR DR                        )
NATCHEZ, MS 391208811                   )
                                        )
ANNIE LEE JONES                         )
903 WENDELL AVE                         )
DOTHAN, AL 36303                        )
                                        )
CLARA  JONES                            )
PO BOX 192                              )
BREWTON, AL 36427                       )
                                        )
CURLEE  JONES                           )
348 HAMMOCK RD                          )
COY, AL 36435                           )
                                        )
MARY WINDING JONES                      )
35 CAMPBELL RD                          )
NATCHEZ, MS 39120                       )
                                        )
ROBERT H JONES                          )
360 LANDESS CR                          )
MADISON, AL 35756                       )
                                        )
SHERRY  JONES                           )
2043 IDLY 532                           )
COLLINS, MS 39428                       )
                                        )

12

OTIS  JORDAN                               )
118 W 16TH ST                              )
LAUREL, MS 39442                           )
                                           )
MIGNOUETTE  KATES                          )
PO BOX 33                                  )
FAYETTE, MS 39069                          )
                                           )
HAROLD DAVID KEYES SR.                     )
PO BOX 1492                                )
COLLINS, MS 39428                          )
                                           )
LOIS MICHELLE KEYS                         )
650 HWY 37                                 )
COLLINS, MS 39428                          )
                                           )
SHARON N KING                              )
PO BOX 489                                 )
FAYETTE, MS 39069                          )
                                           )
DAVID  LAWSON                              )
202 LOST RD                                )
CAMDEN, AL 36726                           )
                                           )
CHARLES E LEE                              )
4052 STAMPLEY RD                           )
FAYETTE, MS 39069                          )
                                           )
ORA  LEWIS                                 )
1096 SANDIFER LANE                         )
GEORGETOWN, MS 39078                       )
                                           )
RICHARD E LEWIS                            )
126 ELIJAH GRAHAM RD                       )
NOXAPATER, MS 39346                        )
                                           )

SOLOMON  LINDSEY                              )
22 KNIGHT CEMETERY ROAD                       )
COLLINS, MS 39428                             )
                                              )
WILLIE  LINDSEY                               )
25 WILLIE LINDSEY DR                          )
COLLINS, MS 39428                             )
                                              )
DEVELMA PERSON LOHMAN                         )
215 COUNTY ROAD 11                            )
CLAYTON, AL 36016                             )
                                              )
BESSIE  LOVE                                  )
PO BOX 722                                    )
PINE HILL, AL 36769                           )
                                              )
DAVID  LUCY                                   )
806 LIVING CHURCH RD                          )
MAGNOLIA, AL 36754                            )
                                              )
PEARL  MAGEE                                  )
PO BOX 2078                                   )
COLLINS, MS 39428                             )
                                              )
JOSEPH  MAHONE                                )
RT 3 BOX 237                                  )
MARION, AL 36756                              )
                                              )
WILLIE JAMES MANNING                          )
6017 GEORGE WALKER RD                         )
WEST POINT, MS 39773                          )
                                              )
ROBERT  MARSHALL                              )
11 STEAM PLANT RD                             )
NATCHEZ, MS 39120                             )
                                              )

14

JOSEPH L MARTIN SR                )
309 CHURCH AVE                    )
BIRMINGHAM, AL 35214              )
                                  )
DELOIS SMITH MASSEY               )
815 HWY 131                       )
EUFAULA, AL 36027                 )
                                  )
ALFONIA  MAULL SR                 )
123 HIZK HILL EAST                )
HAYNEVILLE, AL 36040              )
                                  )
DONALD  MCCREARY                  )
PO BOX 233                        )
NEWBERN, AL 36765                 )
                                  )
HENRY S MCDANIEL                  )
357 ROSA PARKS ST                 )
CAMDEN, AL 36726                  )
                                  )
JOHNNY  MCGEE                     )
PO BOX 591                        )
TAYLORSVILLE, MS 39168            )
                                  )
OSSIE M MCGRUDER                  )
123 JOINER LANE                   )
HARRISVILLE, MS 39082             )
                                  )
ANITTA  MCINNIS                   )
PO BOX 264                        )
MOUNT OLIVE, MS 39119             )
                                  )
DOROTHY JEAN MCINNIS              )
510 MUNSON STREET                 )
LAUREL, MS 39440                  )
                                  )

BETTYE  MCLAURIN                     )
1245 GRANBY RD                       )
PRENTISS, MS 39474                   )
                                     )
CARRIE L MCNAIR                      )
PO BOX 94                            )
GEORGETOWN, MS 39078                 )
                                     )
JOSEPHINE  MCQUEEN                   )
579 GAMMAGE RD                       )
EUFAULA, AL 36027                    )
                                     )
ROY  MERRICK                         )
PO BOX 257                           )
WASHINGTON, MS 39190                 )
                                     )
CLARENCE  MITCHELL                   )
PO BOX 211                           )
THOMASTON, AL 36783                  )
                                     )
LARRY LEVERN MORGAN                  )
1015 MARDEN PARK                     )
JACKSON, MS 39212                    )
                                     )
BERRY LEE NAILER SR                  )
380 HWY 442                          )
SHAW, MS 38773                       )
                                     )
DOROTHY  NEWELL                      )
77 RUSSELL LANE                      )
SUMRALL, MS 39482                    )
                                     )
NELLIE  NEWSOM                       )
PO BOX 1798                          )
PRENTISS, MS 39474                   )
                                     )

16

TAMMY  NORWOOD                           )
220 MOSES LANE                           )
PRENTISS, MS 39474                       )
                                         )
BERNICE  OWENS                           )
PO BOX 134                               )
GALLION, AL 36742                        )
                                         )
KERVIN  OWENS                            )
6 THEODORE CROSBY ROAD                   )
COLLINS, MS 394285822                    )
                                         )
MINNE  OWENS                             )
12 OTIS OWENS RD                         )
COLLINS, MS 39428                        )
                                         )
LILLIAN  PARKER                          )
6908 HIGHWAY 42                          )
PRENTISS, MS 394744122                   )
                                         )
NELL  PAYNE                              )
41244 AL HWY 17                          )
EMELLE, AL 35459                         )
                                         )
BARBIE  PERSON                           )
53 CRY CREEK SPUR                        )
MIDWAY, AL 36053                         )
                                         )
CLARA B PERSON                           )
P.O. BOX 521                             )
CLAYTON, AL 36016                        )
                                         )
WILLIE  PETERSON                         )
911 LEE STREET                           )
EUFAULA, AL 36027                        )
                                         )

17

MARY LOU POLK                           )
81 POLK TRL                             )
PRENTISS, MS 39474                      )
                                        )
NELLIE  PORTER                          )
PO BOX 1215                             )
VICKSBURG, MS 391811215                 )
                                        )
MACARTHUR  POSEY                        )
0027 MC ARTHUR LN                       )
TAYLORSVILLE, MS 39168                  )
                                        )
MARY ANN POWELL                         )
60 DEAN RD MOUNT                        )
MOUNT OLIVE, MS 39119                   )
                                        )
ROBERT  PRUITT JR                       )
207 SUMMER LAND ROAD                    )
TAYLORSVILLE, MS 39168                  )
                                        )
GROVER  RANKIN                          )
PO BOX 146                              )
PORT GIBSON, MS 39150                   )
                                        )
CATHERINE  RAYFORD                      )
PO BOX 324                              )
ORRVILLE, AL 36767                      )
                                        )
SPENCER  REED JR                        )
23 DOGWOOD DR                           )
NATCHEZ, MS 39120                       )
                                        )
SUSIE A RIVERS                          )
8 JEWEL LN                              )
MIDWAY, AL 36053                        )
                                        )

18

JUANITA P ROBINSON                    )
778 JESSIE ANDERSON ROAD              )
ARLINGTON, AL 36722                   )
                                      )
JUNIOR  ROBINSON                      )
4425 JACKSON STREET                   )
GARY, IN 46408                        )
                                      )
MAURICE  ROBINSON SR                  )
1711 TROUT RD                         )
CRAWFORD, MS 39743                    )
                                      )
ROCHON  ROBINSON SR                   )
2315 HWY 182 WEST                     )
STARKVILLE, MS 39759                  )
                                      )
VERONICA  ROBINSON                    )
PO BOX 79                             )
CRAWFORD, MS 39743-0079               )
                                      )
DANIEL  ROSS JR                       )
PO BOX 420                            )
PRENTISS, MS 39474                    )
                                      )
MICHELLE  SAMPSON                     )
331 JOE BOOTH RD                      )
TAYLORSVILLE, MS 39168                )
                                      )
WILLIE  SAMUEL                        )
25 COREY LANE                         )
PRINCETON, KY 42445                   )
                                      )
HENRY JAMES SEWELL SR                 )
24 PINEHILL DR                        )
NATCHEZ, MS 39120                     )
                                      )

19

MAE O SIMMONS                        )
803 CINNAMON LANE                    )
DUARTE, CA 91010                     )
                                     )
JEAN B SIMON                         )
536 ROGERS STREET                    )
BROOKHAVEN, MS 39601-4325            )
                                     )
BOBBY EARL SMART                     )
838 JOHN SMART RD                    )
CRAWFORD, MS 39743                   )
                                     )
ELLA  SMART                          )
838 JOHN SMART ROAD                  )
CRAWFORD, MS 397439752               )
                                     )
GEORGE W SMITH SR                    )
22036 HWY 18                         )
HERMANVILLE, MS 39086                )
                                     )
ROBERT J SMITH                       )
67A CLEARANCE RD                     )
NATCHEZ, MS 39120                    )
                                     )
WILLIE  SMITH                        )
221 NORTH SUNFLOWER RD               )
NATCHEZ, MS 39120                    )
                                     )
WILLIE  SMITH JR                     )
200 MEADOW BROOK DRIVE               )
CAMDEN, AL 36726                     )
                                     )
DOROTHY  SNYDER                      )
PO BOX 1091                          )
FAYETTE, MS 39069                    )
                                     )

20

RICHARD  SPURLOCK )
205 CEMETERY ST )
LEXINGTON, MS 39095 )
)
ALLIE B STARR )
17 VESTER PICKERING RD )
COLLINS, MS 39428 )
)
HATTIE B STEVENSON )
410 FOURTH STREET )
MACON, MS 39341 )
)
CORA B STREETER )
P.O. BOX 236 )
MIDWAY, AL 36053 )
)
MILDRED L STREETER )
PO BOX 344 )
CLAYTON, AL 36106 )
)
JOHNNIE WILL TAYLOR )
867 JOHN SMART RD )
CRAWFORD, MS 39743 )
)
ALONZO  THOMPSON SR )
8541 CO RD 191 )
EUTAW, AL 35462 )
)
ROSA MAE THOMPSON )
PO BOX 113 )
BASSFIELD, MS 394210113 )
)
RUBY L THOMPSON )
776 UNION GROVE RD )
CAMDEN, AL 36726-4109 )
)

21

SHIRLEY  THOMPSON                      )
6 FLETTER LANE                         )
SILVER CREEK, MS 39663                 )
                                       )
DIANE MAYES TRAMMELL                   )
1009 LATIMER DRIVE                     )
EUFAULA, AL 36027                      )
                                       )
NORA J TURNER                          )
P.O. BOX 167                           )
HERMANVILLE, MS 39086                  )
                                       )
WILLIE RUTH WALLER                     )
72 MC LENDON LN                        )
SUMRALL, MS 39482                      )
                                       )
BARTHOLOMEW  WARD                      )
76 PROVIDENCE RD                       )
NATCHEZ, MS 39120                      )
                                       )
JAMES EARL WARD                        )
111 PATSY LANE                         )
DOTHAN, AL 36305                       )
                                       )
MCKINLEY  WARNER                       )
508 SILVER CREEK RD                    )
SILVER CREEK, MS 39663                 )
                                       )
M C WASHINGTON                         )
271 HUTLANE                            )
ALICEVILLE, AL 35442                   )
                                       )
BETTY  WATSON                          )
P.O. BOX 7120                          )
PENSACOLA, FL                          )
                                       )

GWENDOLYN F WATSON                  )
230 COUNTRY CLUB DR                 )
NATCHEZ, MS 39120                   )
                                    )
JOHN RICHARD WEST                   )
478 ENON RD                         )
MIDWAY, AL 36053                    )
                                    )
ROY LEE WESTRY                      )
PO BOX 892                          )
CAMDEN, AL 36726                    )
                                    )
MONA  WHEELER                       )
PO BOX 1304                         )
COLLINS, MS 39428                   )
                                    )
ALBERTA  WHITFIELD                  )
305 VERA VISTA AVE                  )
EUTAW, AL 35462                     )
                                    )
CLARENCE  WHITSETT                  )
PO BOX 81                           )
WHATLEY, AL 36482                   )
                                    )
AUDREY DARLENE WILLIAMS             )
3052 CORBAN RD                      )
FAYETTE, MS 39069                   )
                                    )
CONNIE  WILLIAMS                    )
305 VERA VISTA AVE                  )
EUTAW, AL 35462                     )
                                    )
DOUGLAS  WILLIAMS                   )
9975 LUCAS FERRY RD                 )
TANNER, AL 35671                    )
                                    )

23

PERCY  WILLIAMS )
121 LAKE ST )
HAZLEHURST, MS 39083 )
 )
LILLIE M WILSON )
1977 RICE RD )
CRAWFORD, MS 39743 )
 )
SAMMIE L WILSON )
1972 RICE RD )
CRAWFORD, MS 39743 )
 )
MELVIN  WINDHAM )
31 CR 371 )
HEIDELBERG, MS 39439 )
 )
BENITA  WOODARD )
PO BOX 517 )
LIVINGSTON, AL 35470 )
 )
IRMA HARRIS WOODS )
1404 GEORGE F WEST BLVD )
NATCHEZ, MS 39120 )
 )
KAREN D WRIGHT )
1603 SHANNON CHASE DR )
UNION CITY, GA 30291 )
 )
LYNETTE M WYNNE )
2373 BANNER ELK CT )
DACULA, GA 30019 )
 )

24

|                     |   |
|---------------------|---|
| PLAINTIFFS,         | ) |
| v.                  | ) |
|                     | ) |
| ED SCHAFER, SECRETARY, THE UNITED | ) |
| STATES DEPARTMENT OF AGRICULTURE, | ) |
| 14TH AND INDEPENDENCE AVENUE, SW | ) |
| WASHINGTON, D.C. 20250 | ) |
|                     | ) |
| DEFENDANT,          | ) |
|                     | ) |

## AMENDED COMPLAINT - CIVIL ACTION

Plaintiffs, by and through their attorneys, POGUST & BRASLOW & MILLROOD,

LLC, allege upon information and belief the following:

## NATURE OF ACTION

This case involves the United States Department of Agriculture's (herein "USDA"),

failure to adequately process, review, and adjudicate, claims made by African American farmers

for farm loans, credits, benefits, and participation in federal farm programs pursuant to the

settlement terms and consent decree entered into in the matter of *Timothy Pigford v. Dan*

*Glickman, Secretary, United States Department of Agriculture.*

1.    The USDA's Farm Service Agency ("FSA"), formed in 1994, provides commodity

program benefits including but not limited to deficiency payments, price support loans,

conservation reserve benefits, disaster payments, farm loans and other farm credits benefits to

U.S. farmers.

2.    Defendant Ed Schafer, Secretary of the United States Department of Agriculture

("USDA") is the federal official responsible for the administration of the FSA and administers

the federal farm programs through a review system consisting of: 1) county offices and

committees, (2) state offices and committees, and (3) a federal level of review in Washington,

D.C., the National Appeals Division ("NAD").

    3.    The process by which farmers apply for FSA loans, included in pertinent part,

an application and review through county and states offices, pursuant to 7 C.F.R. § 1910

*et. seq.*; 7 C.F.R. § Part 700, *et. seq*., and Commodity Credit Corporation ("CCC')

Regulations, 7 C.F.R. § 1400 *et .seq*.

    4.    As a result of Title VI Civil Rights Act of 1964, the USDA promulgated

regulations setting forth that "no person in the United States shall, on the ground race, color, or

national origin, be excluded from participation in, be denied the benefits of, or be otherwise

subjected to discrimination under any program or activity o fan applicant or recipient receiving

Federal financial assistance from the Department of Agriculture or any Agency thereof." 7

C.F.R. § 15.1.

    5.    Furthermore, the Equal Credit Opportunity Act ("EEOA") prohibits discrimination

in the application of credit based on sex, martial status, race, color, age, or national origin, and

religion.  15 U.S.C. § 1691(a).

    6.    Despite the various federal standards and regulations, there arose among African-

American farmers allegations of unfair and discriminatory treatment when applying to local

county committees for farm loans and assistance.

    7.    In 1983, the USDA disbanded its Office of Civil Rights and discontinued its

investigation and adjudication of claims of discrimination, leaving a significant number of

26

African American farmers with unresolved Complaints.

8.    As a result, significant economic disparities continued to develop between African-American and white farmers, where "the participation of black farmers in the FHA loan program fell from 5.4 percent in 1980 to 1.5 in 1986 [where] between 1981 and 1984 the percentage of FHA loans going to whites increased from 87 to 91 percent."

9.    In response to such complaints, the USDA commissioned a study to "analyze the treatment of minorities … in FSA programs and study" and concluded that "minority participation in FSA programs was very low and received less than their fair share of USDA money for crop payments, disaster payments, and loans."

10.    In December of 1996, the USDA by way of former Secretary of Agriculture, Dan Glickman, appointed a Civil Rights Action Team (CRAT) and a USDA Civil Rights Task Force, which after examining the issue of discrimination, similarly concluded that "minority farmers have lost significant amounts of land and potential farm income as a result of discrimination by FSA programs and the programs of its predecessor agencies … the process for resolving complaints has failed … appeals are often delayed and for too long … favorable decisions are too often reversed."

11.    A separate report by the Office of Inspector General of the USDA also determined that "the USDA had a backlog of complaints of discrimination that had never been processed, investigated, or resolved."

12.   On August 28, 1997, three African American farmers on behalf of themselves and a class six-hundred and forty-one other African American farmers, in the matter of *Timothy Pigford v. Dan Glickman, Secretary, United States Department of Agriculture*, 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV. A. 97-1978) filed in this Court, suit claiming "racial discrimination in the administration of the USDA programs…" and claims for violations of the Fifth Amendment; the Administrative Procedure Act, 5 U.S.C. § 551 et. seq.; Title VI of the Civil Rights Act of 1964; 42 U.S.C. § 2000d; and the Equal Credit Opportunity Act ("ECOA"); and 15 U.S.C. § 1691.  *Id*. at 185 F.R.D. 82, 89 (1999).

13.   In July of 1998, another class action, *Cecil Brewington v. Dan Glickman, Secretary, United States Department of Agriculture* 185 F.R.D. 82 (D.D.C. April 14, 1999) (NO. CIV. A. 98-1693), was filed with similar allegations and eventually consolidated with *Pigford* matter. 185 F.R.D. 82, 89 (April 14, 1999).

14.   On April 14, 1999 this Court ordered by way of a Consent Decree, a settlement of such discrimination claims, allowing class members to choose between two claims procedures, known as Track A and Track B.

15.   Pursuant to the Consent Decree, a class member was eligible to participate in the settlement if they met the following criteria: An African American who (1) farmed or attempted to farm between January 1981 and December 31, 1996, (2) applied to USDA for farm credit or program benefits and believes he or she was discriminated against by the USDA on the basis of race, and (3) made a complaint against the USDA on or before July 1, 1997.

16.   In order to provide for relief for those class members that had "little in the way of

28

documentation or proof of either discriminatory treatment or damages suffered", Track A claimants were allowed to "meet only a minimal burden of proof (i.e. substantial evidence or reasonable basis for finding discrimination)". Upon the proof of such discrimination the claimant would be entitled to an award of $50,000.00.

17.    For Track B claims, claimants were required to prove discrimination by a "preponderance of evidence". Such claims were not limited by any cap on the damages recoverable.

18.    Since this Court's April 14, 1999 approval of the Consent Decree, a significant number of appeals, motions, and procedural amendments have followed, on the basis that the Consent Decree was "unfair in certain respects and should be set aside."

19.    Specifically, there is evidence of large percentage of denials among Track A and Track B Claimants, where African American farmers have experienced "poor access to USDA files" and therefore could not adequately demonstrate discrimination.

20.    Subsequent reports of the Consent Decree have similarly concluded that a large percentage of farmers did not have an opportunity to have their claims decided on the merits because they had filed late or untimely claims.

21.    A significant number of those claimants initially denied relief under the late filing procedures were similarly denied relief after a request for reconsideration of their petitions. In particular, it has been estimated that of the 20,700 requests for reconsideration, approximately 17,279 requests were denied while a mere 113 petitions were approved.

22.    On May 22, 2008, the Food, Conservation, and Energy Act of 2008, Pub. L. No.

110-234, 122 Stat. 923 (2008) (hereinafter "Act ") became law.

23.    Section 14012(b) of the Food, Conservation, and Energy Act of 2008, provides that "any *Pigford* claimant who has not previously obtained a determination of the merits of a *Pigford* claim may, in a civil action brought in the United States District Court for the District of Columbia, obtain that determination" (italics added).

24.    The Act similarly defines a "*Pigford* Claim" as "a discrimination complaint, as defined by section 1(h) of that consent decree and documented under section 5(b) of that consent decree."

25.    Pursuant to Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Plaintiffs have filed the instant action.

## JURISDICTION

26.    Jurisdiction is founded upon Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-234, 122 Stat. 923 (2008).

## VENUE

27.    Venue lies in this judicial district because the claim arose in this judicial district, and pursuant to Section 14012(b) of the Food, Conservation, and Energy Act of 2008, Pub. L. No. 110-234, 122 Stat. 923 (2008).

28.    Upon information and belief, Defendant USDA, which is located in this District, is responsible for the discrimination of thousands of African-American farmers in the application, processing, and distribution of farming loans, credits, assistance, and benefits, resulting in harm and damage to Plaintiffs, making this forum appropriate for the litigation of the claims of the

30

entire Class.

## PARTIES

29.    Plaintiff, MARY LEE AGEE is an African-American farmer residing in MOUNT
OLIVE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of
January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

30.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

31.    Plaintiff was given Tracking # 30043 by the claims Monitor.

32.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

33.    Plaintiff, RONNIE  ALDRIDGE is an African-American farmer residing in
LINDEN, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of

31

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

34.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

35.    Plaintiff was given Tracking # 2444771 by the claims Monitor.

36.    In or about 1989 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

37.    Plaintiff, VERLENE ALSTON is an African-American farmer residing in

EUTAW, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

32

38.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

39.    Plaintiff was given Tracking # 15345-00 by the claims Monitor.

40.    In or about 1984-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

41.    Plaintiff, BOBBY G ALSWORTH is an African-American farmer residing in FAYETTE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

42.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

43.    Plaintiff was given Tracking # 5529 by the claims Monitor.

44.    In or about 1989,1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

33

solely upon plaintiff's race.

45.    Plaintiff, MARIA A AMBROSE is an African-American farmer residing in
EVERGREEN, AL who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

46.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

47.    Plaintiff was given Tracking # 6796500 and Affidavit # 08574 by the claims
Monitor.

48.    In or about 1985 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

49.    Plaintiff, EDDIE E AMERSON is an African-American farmer residing in
LIVINGSTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

34

continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

50.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

51.    Plaintiff was given Tracking # 10667 by the claims Monitor.

52.    In or about 1976, 1982, 1995 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

53.    Plaintiff, WANDA AMERSON is an African-American farmer residing in LIVINGSTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

54.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

35

the claims Monitor for reasons other than the merits of the claim.

55.    Plaintiff was given Tracking # 12711 by the claims Monitor.

56.    In or about 1985, 1989 plaintiff applied for a government loan to assist in the
operation of plaintiff's farming operations which assistance was denied by the defendant based
solely upon plaintiff's race.

57.    Plaintiff, CHARLIE S AMES is an African-American farmer residing in
CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

58.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

59.    Plaintiff was given Tracking # 7348900 by the claims Monitor.

60.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

61.    Plaintiff, ALBERTA K ANDERSON is an African-American farmer residing in

36

Armstrong, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

    62.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

    63.    Plaintiff was given Tracking # 73902 by the claims Monitor.

    64.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

    65.    Plaintiff, ANNIE MEL ANTHONY LANDERS is an African-American farmer

residing in COLUMBUS, GA who: (a) farmed or attempted to farm between January 1, 1981

and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

37

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

66.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

67.     Plaintiff was given Tracking # 00012161900 by the claims Monitor.

68.     In or about 1970 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

69.     Plaintiff, Bobby Lee Banks is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

70.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

71.     Plaintiff was given Tracking # 00005429700 and Claim # 0025422 by the claims

38

Monitor.

72.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

73.    Plaintiff, CHARLES E BANKS is an African-American farmer residing in Crystal Springs, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

74.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

75.    Plaintiff was given Tracking # 41268-00 by the claims Monitor.

76.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

77.    Plaintiff, Mary S Banks is an African-American farmer residing in Eufaula, Al who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

39

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

78.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

79.    Plaintiff was given Tracking # 000102966 and Affidavit # 54816 by the claims

Monitor.

80.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

81.    Plaintiff, CAROL BARNES is an African-American farmer residing in Silver

Creek, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

82.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

83.    Plaintiff was given Tracking # 59215 and Affidavit # 7156 by the claims Monitor.

84.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

85.    Plaintiff, Jacqueline L Barnes is an African-American farmer residing in Taylorsville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

86.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

87.    Plaintiff was given Tracking # 37069-00 by the claims Monitor.

88.    In or about 1988 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

      89.    Plaintiff, JANIE M BARNES is an African-American farmer residing in Taylorsville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

      90.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

      91.    Plaintiff was given  Affidavit # 426192790 and Claim # 426192790 by the claims Monitor.

      92.    In or about 1971 & 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

      93.    Plaintiff, JULIA M BARNES is an African-American farmer residing in LAWRENCEVILLE, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

42

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

94.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

95.     Plaintiff was given Tracking # 00003499200 by the claims Monitor.

96.     In or about 1991 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

97.     Plaintiff, RETHA B BARNES is an African-American farmer residing in

TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

98.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

99.    Plaintiff was given Tracking # 27190-00 Affidavit # 0008939 and Claim # 0008939 by the claims Monitor.

100.    In or about 1994 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

101.    Plaintiff, RONNIE BATES is an African-American farmer residing in Natchez, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

102.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

103.    Plaintiff was given Tracking # 64477 by the claims Monitor.

104.    In or about 1984 plaintiff applied for a government loan to assist in the operation

44

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

105.    Plaintiff, AUDRY JEAN BECK is an African-American farmer residing in BROOKSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

106.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

107.    Plaintiff was given Tracking # 92648-00 by the claims Monitor.

108.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

109.    Plaintiff, Floyd R Best is an African-American farmer residing in Warsaw, NC who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

45

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

110.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

111.    Plaintiff was given Tracking # 8038400 and Affidavit # 10300 by the claims

Monitor.

112.    In or about 1981 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

113.    Plaintiff, DARLENE  BLACKMON is an African-American farmer residing in

Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

46

114.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

115.   Plaintiff was given Tracking # 00005439200 by the claims Monitor.

116.   In or about 2000 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

117.   Plaintiff, PAULINE  BONNER is an African-American farmer residing in LIVINGSTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

118.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

119.   Plaintiff was given Tracking # 80318 by the claims Monitor.

120.   In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

47

plaintiff's race.

121.    Plaintiff, JOSEPH BOYKIN is an African-American farmer residing in

LOUISVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

122.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

123.    Plaintiff was given Tracking # 60099 and Affidavit # 75280 by the claims

Monitor.

124.    In or about 1982 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

125.    Plaintiff, LINDA BRAMLETT is an African-American farmer residing in

PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

48

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

126.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

127.    Plaintiff was given Tracking # 39485 Affidavit # 70168 and Claim # 26566 by the

claims Monitor.

128.    In or about 1985 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

129.    Plaintiff, BARBARA  BREED is an African-American farmer residing in

CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

130.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

131.    Plaintiff was given Tracking # 00005633300 and Affidavit # 0027042 by the claims Monitor.

132.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

133.    Plaintiff, ELLIOTT BREED is an African-American farmer residing in CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

134.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

135.    Plaintiff was given Tracking # 00005819100 and Claim # 24199 by the claims Monitor.

136.    In or about 1985-1987 plaintiff applied for a government loan to assist in the

50

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

137.    Plaintiff, HATTIE H BRICE is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

138.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

139.    Plaintiff was given Tracking # 2154900 and Claim # 23384 by the claims Monitor.

140.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

141.    Plaintiff, JOHN JACOB BRICE is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

51

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

142.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

143.    Plaintiff was given Tracking # 2159920 and Claim # 0023384 by the claims

Monitor.

144.    In or about 1982 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

145.    Plaintiff, CLARENCE BROWN is an African-American farmer residing in

TROTWOOD, OH who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

146.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

147.    Plaintiff was given Tracking # 11822200 by the claims Monitor.

148.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

149.    Plaintiff, Herman Brown is an African-American farmer residing in Fayette, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

150.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

151.    Plaintiff was given Tracking # 00006120200 and Affidavit # 02167 by the claims Monitor.

152.    In or about 1981 plaintiff applied for a government loan to assist in the operation

53

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

153.    Plaintiff, KELLEY D BROWN is an African-American farmer residing in PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

154.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

155.    Plaintiff was given Tracking # 0006300600 and Affidavit # 16466 by the claims Monitor.

156.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

157.    Plaintiff, Lillie M Brown is an African-American farmer residing in Fayette, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

158.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

159.    Plaintiff was given Tracking # 00006119600 and Affidavit # 02606 by the claims

Monitor.

160.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

161.    Plaintiff, MAE LEAN BROWN is an African-American farmer residing in

JACKSON, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

162.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

163.    Plaintiff was given Tracking # 36591 by the claims Monitor.

164.    In or about 1970 & 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

165.    Plaintiff, STEVENSON  BROWN is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

166.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

167.    Plaintiff was given Tracking # 62193-00 by the claims Monitor.

168.    In or about 1999 plaintiff applied for a government loan to assist in the operation

56

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

169.   Plaintiff, TECORA BROWN is an African-American farmer residing in Tchula, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

170.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

171.   Plaintiff was given Tracking # 691000 by the claims Monitor.

172.   In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

173.   Plaintiff, VIETTA M BROWN is an African-American farmer residing in BROOKHAVEN, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

57

continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

174.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

175.    Plaintiff was given Tracking # 120798 by the claims Monitor.

176.    In or about 1960,s early 70's plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

177.    Plaintiff, ALMONICA  BURRELL is an African-American farmer residing in GAINESVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

178.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

179.    Plaintiff was given Tracking # 47391 and Affidavit # 39961 by the claims
Monitor.

180.    In or about 1986 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

181.    Plaintiff, JIMMIE DALE CAMPBELL is an African-American farmer residing in
BAY SPRINGS, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

182.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

183.    Plaintiff was given Tracking # 9649400 by the claims Monitor.

184.    In or about 1986 & several years after plaintiff applied for a government loan to
assist in the operation of plaintiff's farming operations which assistance was denied by the

defendant based solely upon plaintiff's race.

185.    Plaintiff, Claude Carter is an African-American farmer residing in Fayette, MS
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

186.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

187.    Plaintiff was given Tracking # 53963 and Affidavit # 78314 by the claims
Monitor.

188.    In or about 1982 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

189.    Plaintiff, MELVIN CARTER is an African-American farmer residing in
NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December
31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years
of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

60

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

190.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

191.    Plaintiff was given Tracking # 60423 by the claims Monitor.

192.    In or about 1994 to Present plaintiff applied for a government loan to assist in

the operation of plaintiff's farming operations which assistance was denied by the defendant

based solely upon plaintiff's race.

193.    Plaintiff, MOSE CARTHON is an African-American farmer residing in PHENIX

CITY, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

194.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

61

the claims Monitor for reasons other than the merits of the claim.

195. Plaintiff was given Tracking # 5067 by the claims Monitor.

196. In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

197. Plaintiff, JOHN CARVER is an African-American farmer residing in GRENADA, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

198. Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

199. Plaintiff was given Tracking # 26634-00 by the claims Monitor.

200. In or about 1987-1997 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

201. Plaintiff, CATHERINE CHANTZ is an African-American farmer residing in

COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

202.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

203.   Plaintiff was given Tracking # 00005782600 by the claims Monitor.

204.   In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

205.   Plaintiff, Thomas R Clark is an African-American farmer residing in Taylorsville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

63

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

206.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

207.    Plaintiff was given Tracking # 30867-000 by the claims Monitor.

208.    In or about 1982 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

209.    Plaintiff, ROBERT E COLLINS is an African-American farmer residing in
HAZLEHURST, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

210.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

211.    Plaintiff was given Tracking # 44568-00 by the claims Monitor.

212.    In or about 1980-1983 plaintiff applied for a government loan to assist in the

64

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

213.    Plaintiff, VELMA J COLLINS is an African-American farmer residing in HAZLEHURST, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

214.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

215.    Plaintiff was given Tracking # 44561-00 by the claims Monitor.

216.    In or about 1980-1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

217.    Plaintiff, BARBARA B COLVIN is an African-American farmer residing in ALICEVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

218.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

219.    Plaintiff was given Tracking # 47516 Affidavit # 92752 and Claim # 47516 by the claims Monitor.

220.    In or about 1980-1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

221.    Plaintiff, MARY COOK CONSTANTINE is an African-American farmer residing in Boligee, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

66

222.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

223.   Plaintiff was given Tracking # 500000353-00 by the claims Monitor.

224.   In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

225.   Plaintiff, GEORGE S COOLEY is an African-American farmer residing in SHUBUTA, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

226.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

227.   Plaintiff was given Tracking # 0012158 by the claims Monitor.

228.   In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

67

plaintiff's race.

229.    Plaintiff, SENORA  COUSIN is an African-American farmer residing in Houston, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

230.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

231.    Plaintiff was given Tracking # 000070160 and Claim # 04891 by the claims Monitor.

232.    In or about 1969 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

233.    Plaintiff, ROSIE  CRAFT is an African-American farmer residing in PAULDING, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

68

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

234.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

235.    Plaintiff was given Tracking # 95370-00 by the claims Monitor.

236.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

237.    Plaintiff, CURTIS LEE CREWS is an African-American farmer residing in

EUFAULA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

238.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

239.     Plaintiff was given Tracking # 13853 by the claims Monitor.

240.     In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

241.     Plaintiff, DELMUS CROSBY is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

242.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

243.     Plaintiff was given Tracking # 31628-00 by the claims Monitor.

244.     In or about 1980-1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

245.     Plaintiff, CHARLES H DAVIS is an African-American farmer residing in

70

EUFAULA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

246.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

247.    Plaintiff was given Tracking # 17613-00 by the claims Monitor.

248.    In or about 1988 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

249.    Plaintiff, HELEN DAVIS is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

71

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

250.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

251.    Plaintiff was given Tracking # 00013460300 by the claims Monitor.

252.    In or about 1971 & 1973 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

253.    Plaintiff, LEON DAVIS is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

254.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

255.    Plaintiff was given Tracking # 68585 by the claims Monitor.

256.    In or about 1985 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

257.    Plaintiff, SHELLY DAVIS is an African-American farmer residing in ELBA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

258.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

259.    Plaintiff was given Tracking # 9855-00 by the claims Monitor.

260.    In or about 1972 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

261.    Plaintiff, Vonnie J Malone Davis is an African-American farmer residing in LEHIGH ACRES, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

262.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

263.    Plaintiff was given Tracking # 0000563300 and Affidavit # 0027042 by the
claims Monitor.

264.    In or about 1985 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

265.    Plaintiff, JOE DILLON is an African-American farmer residing in Aliceville, AL
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

74

266.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

267.    Plaintiff was given Tracking # 000072446 and Affidavit # 03601 by the claims Monitor.

268.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

269.    Plaintiff, CLINTON DIXON is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

270.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

271.    Plaintiff was given Tracking # 5746400 by the claims Monitor.

272.    In or about 1987 plaintiff applied for a government loan to assist in the operation

75

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

273.     Plaintiff, DON  DONALDSON is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

274.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

275.     Plaintiff was given Tracking # 6199500 and Affidavit # 02759 by the claims Monitor.

276.      In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

277.     Plaintiff, ANITA  EDISON is an African-American farmer residing in HICKORY, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

76

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

      278.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

      279.    Plaintiff was given Tracking # 24418-00 by the claims Monitor.

      280.    In or about 1992 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

      281.    Plaintiff, JOHNNY KAY EDISON is an African-American farmer residing in

TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

282.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

283.    Plaintiff was given Tracking # 27811-00 and Affidavit # 0008804 by the claims
Monitor.

284.    In or about 1986 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

285.    Plaintiff, Shelly  Edwards is an African-American farmer residing in Midway, AL
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

286.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

287.    Plaintiff was given Tracking # 00002437700 and Affidavit # 38459 by the claims
Monitor.

288.    In or about 1999 plaintiff applied for a government loan to assist in the operation

78

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

289.   Plaintiff, ANNA ELLIS is an African-American farmer residing in Union Springs, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

290.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

291.   Plaintiff was given Tracking # 12396 by the claims Monitor.

292.    In or about 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

293.   Plaintiff, FREDERICK FLEMING is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

79

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

294.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

295.    Plaintiff was given Tracking # 000030524 by the claims Monitor.

296.    In or about 1999 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

297.    Plaintiff, HERBERT  FRY is an African-American farmer residing in

EVERGREEN, AL who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

298.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

299.    Plaintiff was given Tracking # 53380-00 by the claims Monitor.

300.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

301.    Plaintiff, George Gamble is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

302.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

303.    Plaintiff was given Tracking # 5887400 by the claims Monitor.

304.    In or about 1998-1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

305.    Plaintiff, ANNIE M GARDNER is an African-American farmer residing in

81

LAUREL, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

306.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

307.    Plaintiff was given Tracking # 37702-00 and Affidavit # 0025698 by the claims

Monitor.

308.    In or about 1994-1996 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

309.    Plaintiff, A C GARNER is an African-American farmer residing in PORT

GIBSON, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

82

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

310.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

311.    Plaintiff was given Tracking # 50566 by the claims Monitor.

312.    In or about 1980 & 2007 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

313.    Plaintiff, ANNIE GOOLSBY is an African-American farmer residing in

EUFAULA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

314.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

315.    Plaintiff was given Tracking # 00005877600 and Affidavit # 03491 by the claims

Monitor.

316.    In or about 1960 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

317.    Plaintiff, ANITA GOWAN is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

318.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

319.    Plaintiff was given Tracking # 00002906100 by the claims Monitor.

320.    In or about 1989-1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

321.    Plaintiff, TRICHELLE E GRAHAM is an African-American farmer residing in TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and

84

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

322.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

323.    Plaintiff was given Tracking # 24395-00 by the claims Monitor.

324.    In or about 1989 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

325.    Plaintiff, Richard Grant is an African-American farmer residing in Shelby, MS
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

85

substantial damages.

326.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

327.    Plaintiff was given Tracking # 50000611-00 by the claims Monitor.

328.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

329.    Plaintiff, LARRY GREEN is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

330.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

331.    Plaintiff was given Tracking # 91195-00 by the claims Monitor.

332.    In or about 1983-1987 plaintiff applied for a government loan to assist in the

86

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

333.    Plaintiff, Shirley J Green is an African-American farmer residing in Scooba, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

334.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

335.    Plaintiff was given Tracking # 00011583308 and Affidavit # 27072 by the claims Monitor.

336.    In or about 1967, 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

337.    Plaintiff, CHARLES GRIFFIN is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

87

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

338.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

339.    Plaintiff was given Tracking # 76278-00 by the claims Monitor.

340.    In or about 1983, 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

341.    Plaintiff, JENNIE RUTH GRIFFIN is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

88

342.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

343.    Plaintiff was given Tracking # 27297 by the claims Monitor.

344.    In or about 1982, 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

345.    Plaintiff, ROBERTA GRIGGS is an African-American farmer residing in GAINESVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

346.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

347.    Plaintiff was given Tracking # 76485 by the claims Monitor.

348.    In or about 1986, 1998 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

349.    Plaintiff, DORIS BESTER HALES is an African-American farmer residing in
TUSCALOOSA, AL who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

350.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

351.    Plaintiff was given Tracking # 54177 by the claims Monitor.

352.    In or about 1975 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

353.    Plaintiff, PERCY HARDY is an African-American farmer residing in Hayneville,
AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate

90

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

354.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

355.    Plaintiff was given Tracking # 59402-00 and Affidavit # 03192 by the claims Monitor.

356.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

357.    Plaintiff, CLARA MAE HATHORN is an African-American farmer residing in COLUMBIA, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

358.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

91

the claims Monitor for reasons other than the merits of the claim.

359.    Plaintiff was given Tracking # 23022 by the claims Monitor.

360.    In or about 1980-1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

361.    Plaintiff, MARGARETTE HAYNES is an African-American farmer residing in TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

362.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

363.    Plaintiff was given Tracking # 9272-00 by the claims Monitor.

364.    In or about 1987-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

365.    Plaintiff, RUTHIE HAYNES is an African-American farmer residing in

92

TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

366.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

367.    Plaintiff was given Tracking # 42604-1988 by the claims Monitor.

368.    In or about 1988 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

369.    Plaintiff, WILLIE HAYNES is an African-American farmer residing in MIDWAY, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

93

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

370.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

371.    Plaintiff was given Tracking # 000081796 by the claims Monitor.

372.    In or about 1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

373.    Plaintiff, NANCY HAYWOOD is an African-American farmer residing in LINDEN, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

374.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

375.    Plaintiff was given Tracking # 000051786 by the claims Monitor.

376.    In or about 1990 plaintiff applied for a government loan to assist in the operation

94

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

377.    Plaintiff, Charles  Hetherington is an African-American farmer residing in Athens, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

378.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

379.    Plaintiff was given Tracking # 10208-00 and Claim # 2060 by the claims Monitor.

380.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

381.    Plaintiff, Rosie N Holcombe is an African-American farmer residing in Hayneville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

95

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

382.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

383.    Plaintiff was given Tracking # 13297 and 25617 by the claims Monitor.

384.    In or about 1980's plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

385.    Plaintiff, JOHN L HOOKER is an African-American farmer residing in

PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

386.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

387.    Plaintiff was given Tracking # 63228 by the claims Monitor.

388.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

389.    Plaintiff, LILLIAN NELL HOOKER is an African-American farmer residing in Prentiss, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

390.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

391.    Plaintiff was given Tracking # 00007608400 and Affidavit # 25253 by the claims Monitor.

392.    In or about 1966, 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

97

solely upon plaintiff's race.

393.    Plaintiff, OTIS  HORTON is an African-American farmer residing in WEBB, MS

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

394.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

395.    Plaintiff was given Tracking # 59 by the claims Monitor.

396.     In or about 1994-1997 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

397.    Plaintiff, OLA MAE HOUSTON is an African-American farmer residing in

ALICEVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

398.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

399.    Plaintiff was given Tracking # 48869 and Affidavit # 99000 by the claims Monitor.

400.    In or about 1950 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

401.    Plaintiff, QUEEN E HOWARD DAVE is an African-American farmer residing in TCHULA, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

402.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

403.    Plaintiff was given Tracking # 2067700 by the claims Monitor.

404.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

405.    Plaintiff, MARY E HUTCHERSON is an African-American farmer residing in Fayette, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

406.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

407.    Plaintiff was given Tracking # 28004 by the claims Monitor.

408.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

409.    Plaintiff, Magnolia  Jackson is an African-American farmer residing in Midway,

AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and
(b) applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

410.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

411.    Plaintiff was given Tracking # 2438200 and Affidavit # 25816 by the claims
Monitor.

412.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

413.    Plaintiff, TOBIAS J JENKINS is an African-American farmer residing in
Greenville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December
31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years
of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

414.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

415.    Plaintiff was given Tracking # 5000084500 by the claims Monitor.

416.    In or about 1998 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

417.    Plaintiff, CLARENCE  JOHNSON is an African-American farmer residing in
lorman, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of
January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

418.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

419.    Plaintiff was given Tracking # 405996100 by the claims Monitor.

420.    In or about 1970 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

421.    Plaintiff, JOHNNIE JOHNSON is an African-American farmer residing in
EMELLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December
31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years
of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

422.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

423.    Plaintiff was given Tracking # 0008457300 and Affidavit # 43695 by the claims
Monitor.

424.    In or about 1999 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

425.    Plaintiff, JOYCE JOHNSON is an African-American farmer residing in
JAYESS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

      426.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

      427.    Plaintiff was given Tracking # 44043-00 and Affidavit # 81417 by the claims

Monitor.

      428.    In or about 1984 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

      429.    Plaintiff, Rosie  Johnson is an African-American farmer residing in Natchez, MS

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

430.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

431.    Plaintiff was given Tracking # 65090 and Affidavit # 91455 by the claims Monitor.

432.    In or about 1980-1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

433.    Plaintiff, ANNIE LEE JONES is an African-American farmer residing in DOTHAN, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

434.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

435.    Plaintiff was given Tracking # 1569403 by the claims Monitor.

105

436.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

437.    Plaintiff, CLARA JONES is an African-American farmer residing in BREWTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

438.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

439.    Plaintiff was given  Affidavit # 8874 by the claims Monitor.

440.     In or about 1980-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

441.    Plaintiff, CURLEE JONES is an African-American farmer residing in COY, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1,

106

1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

442.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

443.    Plaintiff was given Tracking # 61420 by the claims Monitor.

444.    In or about 1996 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

445.    Plaintiff, Mary Winding Jones is an African-American farmer residing in Natchez,
MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,
and (b) applied for various loan programs with the Defendant USDA during the years of January
1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

446.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

447.    Plaintiff was given Tracking # 68248 by the claims Monitor.

448.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

449.    Plaintiff, ROBERT H JONES is an African-American farmer residing in MADISON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

450.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

451.    Plaintiff was given Tracking # 500000906-0 by the claims Monitor.

452.    In or about 1995 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

453.    Plaintiff, SHERRY JONES is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

454.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

455.    Plaintiff was given Tracking # 32565-00 by the claims Monitor.

456.    In or about 1969 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

457.    Plaintiff, OTIS JORDAN is an African-American farmer residing in LAUREL, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate

109

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

458.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

459.    Plaintiff was given Tracking # 34519-00 by the claims Monitor.

460.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

461.    Plaintiff, MIGNOUETTE KATES is an African-American farmer residing in FAYETTE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

462.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

110

463.    Plaintiff was given Tracking # 28358-00 and Claim # 0023800 by the claims Monitor.

464.    In or about 1981-1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

465.    Plaintiff, HAROLD DAVID KEYES is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

466.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

467.    Plaintiff was given Tracking # 0007889 by the claims Monitor.

468.    In or about 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

469.    Plaintiff, LOIS MICHELLE KEYES is an African-American farmer residing in

111

COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

470.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

471.    Plaintiff was given Tracking # 72984 by the claims Monitor.

472.    In or about 1960, 1968 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

473.    Plaintiff, SHARON N KING is an African-American farmer residing in

FAYETTE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

112

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

474.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

475.    Plaintiff was given Tracking # 00002340900 and Affidavit # 02522 by the claims Monitor.

476.    In or about 1984, 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

477.    Plaintiff, DAVID LAWSON is an African-American farmer residing in Camden, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

478.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

479.    Plaintiff was given Tracking # 51221-00 by the claims Monitor.

480.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

481.    Plaintiff, CHARLES E LEE is an African-American farmer residing in FAYETTE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

482.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

483.    Plaintiff was given Tracking # 22583 by the claims Monitor.

484.    In or about 1983 & 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

485.    Plaintiff, ORA LEWIS is an African-American farmer residing in GEORGETOWN, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

114

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

486.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

487.    Plaintiff was given Tracking # 13325 by the claims Monitor.

488.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

489.    Plaintiff, RICHARD E LEWIS is an African-American farmer residing in NOXAPATER, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

115

490.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

491.     Plaintiff was given Tracking # 1167038 by the claims Monitor.

492.     In or about 1973-1977 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

493.     Plaintiff, SOLOMON LINDSEY is an African-American farmer residing in Collins, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

494.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

495.     Plaintiff was given Tracking # 22131 by the claims Monitor.

496.     In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

116

plaintiff's race.

497.    Plaintiff, WILLIE  LINDSEY is an African-American farmer residing in

COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

498.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

499.    Plaintiff was given Tracking # 5605 by the claims Monitor.

500.    In or about 1981, 1982, 1983 plaintiff applied for a government loan to assist in

the operation of plaintiff's farming operations which assistance was denied by the defendant

based solely upon plaintiff's race.

501.    Plaintiff, Develma Person Lohman is an African-American farmer residing in

Clayton, al who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

117

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

502.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

503.    Plaintiff was given Tracking # 26083-00 by the claims Monitor.

504.    In or about 1988-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

505.    Plaintiff, BESSIE LOVE is an African-American farmer residing in PINE HILL, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

506.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

507.    Plaintiff was given Tracking # 52725 by the claims Monitor.

508.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

509.    Plaintiff, DAVID  LUCY is an African-American farmer residing in Magnolia, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

510.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

511.    Plaintiff was given Tracking # 7986300 by the claims Monitor.

512.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

513.    Plaintiff, PEARL  MAGEE is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,

119

and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

514.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

515.    Plaintiff was given Tracking # 33489-00 and Affidavit # 15717 by the claims Monitor.

516.    In or about 1989, 1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

517.    Plaintiff, JOSEPH MAHONE is an African-American farmer residing in MARION, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

120

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

518.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

519.    Plaintiff was given Tracking # 423133684 by the claims Monitor.

520.    In or about 1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

521.    Plaintiff, WILLIE JAMES MANNING is an African-American farmer residing in WEST POINT, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

522.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

523.    Plaintiff was given Tracking # 50061 by the claims Monitor.

524.    In or about 1994-1995 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

525.    Plaintiff, ROBERT MARSHALL is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

526.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

527.    Plaintiff was given Tracking # 00008269100 and Affidavit # 15634 by the claims Monitor.

528.    In or about 1962 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

529.    Plaintiff, JOSEPH L MARTIN is an African-American farmer residing in BIRMINGHAM, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

122

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

530.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

531.    Plaintiff was given Tracking # 22102-00 by the claims Monitor.

532.    In or about 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

533.    Plaintiff, Delois Smith Massey is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

123

534.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

535.    Plaintiff was given Tracking # 18562 and Affidavit # 56456 by the claims Monitor.

536.    In or about 1983, 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

537.    Plaintiff, ALFONIA MAULL is an African-American farmer residing in HAYNEVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

538.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

539.    Plaintiff was given Tracking # 6460100 and Affidavit # 00417 by the claims Monitor.

540.    In or about 1965 plaintiff applied for a government loan to assist in the operation

124

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

541.    Plaintiff, DONALD MCCREARY is an African-American farmer residing in NEWBERN, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

542.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

543.    Plaintiff was given Tracking # 94253 by the claims Monitor.

544.    In or about 1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

545.    Plaintiff, HENRY S MCDANIEL is an African-American farmer residing in Camden, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

125

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

546.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

547.    Plaintiff was given Tracking # 7496800 by the claims Monitor.

548.    In or about 1971 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

549.    Plaintiff, JOHNNY MCGEE is an African-American farmer residing in Taylorsville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

550.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

126

the claims Monitor for reasons other than the merits of the claim.

551.    Plaintiff was given Tracking # 19066 by the claims Monitor.

552.    In or about 1982 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

553.    Plaintiff, OSSIE M MCGRUDER is an African-American farmer residing in
HARRISVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

554.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

555.    Plaintiff was given Tracking # 00012164800 and Affidavit # 50171 by the claims
Monitor.

556.    In or about 1973 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon

127

plaintiff's race.

557.     Plaintiff, ANITTA MCINNIS is an African-American farmer residing in Mount
Olive, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of
January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

558.     Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

559.     Plaintiff was given Tracking # 5689700 by the claims Monitor.

560.     In or about 1988 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

561.     Plaintiff, DOROTHY JEAN MCINNIS is an African-American farmer residing in
LAUREL, MS who: (a) farmed or attempted to farm between January 1, 1981 and December
31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years
of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate

128

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

562.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

563.    Plaintiff was given Tracking # 36273-00 by the claims Monitor.

564.    In or about 1988 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

565.    Plaintiff, Bettye  McLaurin is an African-American farmer residing in Prentiss,
MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,
and (b) applied for various loan programs with the Defendant USDA during the years of January
1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

566.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

567.    Plaintiff was given Tracking # 65343 and Affidavit # 71785 by the claims
Monitor.

568.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

569.    Plaintiff, CARRIE L MCNAIR is an African-American farmer residing in
GEORGETOWN, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

570.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

571.    Plaintiff was given Tracking # 959560 by the claims Monitor.

572.    In or about 1980-1981 plaintiff applied for a government loan to assist in the
operation of plaintiff's farming operations which assistance was denied by the defendant
solely upon plaintiff's race.

573.    Plaintiff, JOSEPHINE  MCQUEEN is an African-American farmer residing in

130

EUFAULA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

574.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

575.    Plaintiff was given Tracking # 113794 by the claims Monitor.

576.    In or about 1978, 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

577.    Plaintiff, ROY MERRICK is an African-American farmer residing in Washington, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

131

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

578.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

579.   Plaintiff was given Tracking # 71065-00 by the claims Monitor.

580.   In or about 1978,1979.1980,1981 plaintiff applied for a government loan to
assist in the operation of plaintiff's farming operations which assistance was denied by the
defendant based solely upon plaintiff's race.

581.   Plaintiff, CLARENCE  MITCHELL is an African-American farmer residing in
THOMASTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

582.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

583.   Plaintiff was given Tracking # 47542-00 by the claims Monitor.

584.   In or about 1981 plaintiff applied for a government loan to assist in the operation

132

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

585.    Plaintiff, LARRY LEVERN MORGAN is an African-American farmer residing in JACKSON, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

586.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

587.    Plaintiff was given Tracking # 24502-00 by the claims Monitor.

588.    In or about 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

589.    Plaintiff, BERRY LEE NAILER is an African-American farmer residing in SHAW, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

133

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

590.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

591.    Plaintiff was given Tracking # 183467 and Affidavit # 067006265 by the claims Monitor.

592.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

593.    Plaintiff, DOROTHY NEWELL is an African-American farmer residing in SUMRALL, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

594.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

595.    Plaintiff was given Claim # 4353 by the claims Monitor.

596.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

597.    Plaintiff, Nellie Newsom is an African-American farmer residing in Prentiss, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

598.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

599.    Plaintiff was given Tracking # 2175400 by the claims Monitor.

600.    In or about 1991 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

601.   Plaintiff, TAMMY NORWOOD is an African-American farmer residing in

PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

602.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

603.   Plaintiff was given Tracking # 55564-00 by the claims Monitor.

604.   In or about 1989 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

605.   Plaintiff, BERNICE OWENS is an African-American farmer residing in

GALLION, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

606.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

607.    Plaintiff was given Tracking # 73720 by the claims Monitor.

608.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

609.    Plaintiff, Kervin Owens is an African-American farmer residing in Collins, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

610.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

611.    Plaintiff was given Tracking # 32343-00 by the claims Monitor.

612.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

613.    Plaintiff, Minne  Owens is an African-American farmer residing in Collins, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

614.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

615.    Plaintiff was given Tracking # 967200 and Claim # 10853 by the claims Monitor.

616.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

617.    Plaintiff, Lillian  Parker is an African-American farmer residing in Prentiss, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

138

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

618.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

619.    Plaintiff was given Tracking # 00007608400 and Affidavit # 25253 by the claims

Monitor.

620.    In or about 1966 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

621.    Plaintiff, NELL PAYNE is an African-American farmer residing in EMELLE,

AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and

(b) applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

139

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

622.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

623.    Plaintiff was given Tracking # 80682 by the claims Monitor.

624.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

625.    Plaintiff, Barbie Person is an African-American farmer residing in Midway, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

626.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

627.    Plaintiff was given Tracking # 00002608700 and Affidavit # 13128 by the claims

140

Monitor.

628.    In or about 1981-1990 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

629.    Plaintiff, Clara B Person is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

630.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

631.    Plaintiff was given Tracking # 21203-00 by the claims Monitor.

632.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

633.    Plaintiff, WILLIE PETERSON is an African-American farmer residing in Eufaula, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

141

1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

634.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

635.    Plaintiff was given Tracking # 50409 by the claims Monitor.

636.    In or about 1982 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

637.    Plaintiff, MARY LOU POLK is an African-American farmer residing in PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

142

substantial damages.

638.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

639.    Plaintiff was given Tracking # 30284-00 by the claims Monitor.

640.    In or about 1965 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

641.    Plaintiff, Nellie Porter is an African-American farmer residing in Vicksburg, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

642.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

643.    Plaintiff was given Tracking # 97208 and Affidavit # 85016 by the claims Monitor.

644.    In or about 1986 plaintiff applied for a government loan to assist in the operation

143

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

645.    Plaintiff, MACARTHUR POSEY is an African-American farmer residing in Taylorsville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

646.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

647.    Plaintiff was given  Affidavit # 2796400 by the claims Monitor.

648.     In or about 1994-1996 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

649.    Plaintiff, MARY ANN POWELL is an African-American farmer residing in MOUNT OLIVE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

144

continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

650. Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

651. Plaintiff was given Tracking # 00001226700 and Affidavit # 67462 by the claims Monitor.

652. In or about 1980-1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

653. Plaintiff, ROBERT PRUITT is an African-American farmer residing in TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

145

654.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

655.    Plaintiff was given Tracking # 360021-00 and Claim # 11626 by the claims Monitor.

656.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

657.    Plaintiff, GROVER  RANKIN is an African-American farmer residing in Port Gibson, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

658.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

659.    Plaintiff was given Tracking # 12940600 by the claims Monitor.

660.    In or about 1980 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

661.    Plaintiff, CATHERINE RAYFORD is an African-American farmer residing in Orrville, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

662.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

663.    Plaintiff was given Tracking # 63876-00 by the claims Monitor.

664.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

665.    Plaintiff, SPENCER REED is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

147

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

666.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

667.    Plaintiff was given Tracking # 42048 by the claims Monitor.

668.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

669.    Plaintiff, SUSIE A RIVERS is an African-American farmer residing in MIDWAY, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

670.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

148

the claims Monitor for reasons other than the merits of the claim.

671.    Plaintiff was given Tracking # 55353 by the claims Monitor.

672.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

673.    Plaintiff, JUANITA P ROBINSON is an African-American farmer residing in ARLINGTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

674.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

675.    Plaintiff was given Tracking # 32805 and Affidavit # 88990 by the claims Monitor.

676.    In or about 1978-1979 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

149

solely upon plaintiff's race.

677.    Plaintiff, JUNIOR ROBINSON is an African-American farmer residing in
GARY, IN who: (a) farmed or attempted to farm between January 1, 1981 and December 31,
1996, and (b) applied for various loan programs with the Defendant USDA during the years of
January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

678.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

679.    Plaintiff was given Tracking # 5103000 by the claims Monitor.

680.    In or about 1981 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

681.    Plaintiff, MAURICE ROBINSON is an African-American farmer residing in
CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership

150

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

682.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

683.    Plaintiff was given Tracking # 6687400 by the claims Monitor.

684.    In or about 1981, 1994 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

685.    Plaintiff, ROCHON ROBINSON is an African-American farmer residing in STARKVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

686.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

687.    Plaintiff was given Tracking # 27862 by the claims Monitor.

688.    In or about 1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

689.    Plaintiff, VERONICA ROBINSON is an African-American farmer residing in CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

690.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

691.    Plaintiff was given Tracking # 55602-00 by the claims Monitor.

692.    In or about 1990-1991 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

693.    Plaintiff, DANIEL ROSS is an African-American farmer residing in PRENTISS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996,

and (b) applied for various loan programs with the Defendant USDA during the years of January

1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

694.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

695.    Plaintiff was given Tracking # 52944-00 by the claims Monitor.

696.    In or about 1986, 1996 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

697.    Plaintiff, MICHELLE  SAMPSON is an African-American farmer residing in

TAYLORSVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

153

USDA, causing him/her substantial damages.

698.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

699.    Plaintiff was given Tracking # 27915-00 by the claims Monitor.

700.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

701.    Plaintiff, WILLIE SAMUEL is an African-American farmer residing in Princeton, KY who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

702.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

703.    Plaintiff was given Tracking # 6778700 by the claims Monitor.

704.    In or about 1985 plaintiff applied for a government loan to assist in the operation

154

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

705.   Plaintiff, HENRY JAMES SEWELL is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

706.   Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

707.   Plaintiff was given Tracking # 7708900 by the claims Monitor.

708.   In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

709.   Plaintiff, Mae O Simmons is an African-American farmer residing in Duarte, CA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

155

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

710.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

711.    Plaintiff was given Tracking # 54283-00 by the claims Monitor.

712.    In or about 1986 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

713.    Plaintiff, JEAN B SIMON is an African-American farmer residing in

BROOKHAVEN, MS who: (a) farmed or attempted to farm between January 1, 1981 and

December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and

continuous racial discrimination, including denial of his/her applications for farm ownership

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

714.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

156

the claims Monitor for reasons other than the merits of the claim.

715.    Plaintiff was given  Affidavit # 025037 by the claims Monitor.

716.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

717.    Plaintiff, Bobby Earl Smart is an African-American farmer residing in Crawford, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

718.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

719.    Plaintiff was given Tracking # 52633 Affidavit # 99181 and Claim # 24891 by the claims Monitor.

720.    In or about 1990-1993 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

157

solely upon plaintiff's race.

721.    Plaintiff, Ella Smart is an African-American farmer residing in Crawford, MS
who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)
applied for various loan programs with the Defendant USDA during the years of January 1,
1981 and December 31, 1996, and was the subject of willful and continuous racial
discrimination, including denial of his/her applications for farm ownership loans, and appropriate
loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed
a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging
acts of discrimination, which complaint was denied by Defendant USDA, causing him/her
substantial damages.

722.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

723.    Plaintiff was given Claim # 3828 by the claims Monitor.

724.    In or about 1988 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

725.    Plaintiff, GEORGE W SMITH is an African-American farmer residing in
HERMANVILLE, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership

158

loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial

damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but

prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

726.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

727.    Plaintiff was given Tracking # 4187700 by the claims Monitor.

728.    In or about 1978, 1980 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

729.    Plaintiff, ROBERT J SMITH is an African-American farmer residing in

NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

730.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

159

731.    Plaintiff was given Tracking # 7967300 by the claims Monitor.

732.    In or about 2003 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

733.    Plaintiff, WILLIE  SMITH is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

734.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

735.    Plaintiff was given Tracking # 00002923100 and Affidavit # 07022 by the claims Monitor.

736.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

737.    Plaintiff, WILLIE  SMITH is an African-American farmer residing in CAMDEN,

160

AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

738. Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

739. Plaintiff was given Tracking # 000029231-00 and Affidavit # 07022 by the claims Monitor.

740. In or about 1983-1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

741. Plaintiff, DOROTHY SNYDER is an African-American farmer residing in Fayette, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

161

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

742.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

743.    Plaintiff was given Tracking # 26786 by the claims Monitor.

744.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

745.    Plaintiff, RICHARD SPURLOCK is an African-American farmer residing in Lexington, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

746.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

747.    Plaintiff was given Tracking # 22083-00 by the claims Monitor.

162

748.    In or about 1985-1986 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

749.    Plaintiff, ALLIE B STARR is an African-American farmer residing in COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

750.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

751.    Plaintiff was given Tracking # 31594-00 by the claims Monitor.

752.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

753.    Plaintiff, HATTIE B STEVENSON is an African-American farmer residing in MACON, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

754.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

755.    Plaintiff was given Tracking # 00005565900 and Affidavit # 34604 by the claims

Monitor.

756.    In or about 1983 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

757.    Plaintiff, Cora B Streeter is an African-American farmer residing in Midway, AL

who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b)

applied for various loan programs with the Defendant USDA during the years of January 1,

1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

164

substantial damages.

758.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

759.    Plaintiff was given Tracking # 5432000 by the claims Monitor.

760.     In or about 1991 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

761.    Plaintiff, MILDRED L STREETER is an African-American farmer residing in Clayton, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

762.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

763.    Plaintiff was given Tracking # 59278-00 by the claims Monitor.

764.     In or about 1987 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

765.    Plaintiff, JOHNNIE WILL TAYLOR is an African-American farmer residing in CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

766.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

767.    Plaintiff was given Tracking # 52563-00 by the claims Monitor.

768.     In or about 1981, 1982, 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

769.    Plaintiff, ALONZO  THOMPSON is an African-American farmer residing in EUTAW, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

166

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

770.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

771.    Plaintiff was given Tracking # 64746-00 by the claims Monitor.

772.     In or about 1963, 1970 plaintiff applied for a government loan to assist in the

operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

773.    Plaintiff, Rosa Mae Thompson is an African-American farmer residing in

Bassfield, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31,

1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

774.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

167

the claims Monitor for reasons other than the merits of the claim.

775.    Plaintiff was given Tracking # 00001660600 and Affidavit # 34677 by the claims Monitor.

776.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

777.    Plaintiff, Ruby L Thompson is an African-American farmer residing in Camden, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

778.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

779.    Plaintiff was given Tracking # 100-118 by the claims Monitor.

780.    In or about 2000; 2005 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

solely upon plaintiff's race.

781.    Plaintiff, SHIRLEY THOMPSON is an African-American farmer residing in
SILVER CREEK, MS who: (a) farmed or attempted to farm between January 1, 1981 and
December 31, 1996, and (b) applied for various loan programs with the Defendant USDA
during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and
continuous racial discrimination, including denial of his/her applications for farm ownership
loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial
damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but
prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant
USDA, causing him/her substantial damages.

782.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by
the claims Monitor for reasons other than the merits of the claim.

783.    Plaintiff was given Tracking # 00006063800 and Affidavit # 22178 by the claims
Monitor.

784.    In or about 1985 plaintiff applied for a government loan to assist in the operation
of plaintiff's farming operations which assistance was denied by the defendant based solely upon
plaintiff's race.

785.    Plaintiff, Diane MAYES Trammell is an African-American farmer residing in
EUFAULA, AL who: (a) farmed or attempted to farm between January 1, 1981 and December
31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years
of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

169

discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

786.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

787.    Plaintiff was given Tracking #  13288-00 and Claim # 0004897 by the claims Monitor.

788.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

789.    Plaintiff, Nora J Turner is an African-American farmer residing in Hermanville, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

170

790.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

791.    Plaintiff was given Tracking #  41492-00 by the claims Monitor.

792.    In or about 1999 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

793.    Plaintiff, WILLIE RUTH WALLER is an African-American farmer residing in SUMRALL, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

794.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

795.    Plaintiff was given Tracking # 61383 and Affidavit # 94214 by the claims Monitor.

796.    In or about 1980, 1985, 1987 plaintiff applied for a government loan to assist in

171

the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

797.    Plaintiff, BARTHOLOMEW WARD is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

798.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

799.    Plaintiff was given Tracking # 000064998 and Affidavit # 24495 by the claims Monitor.

800.    In or about 1985-1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

801.    Plaintiff, JAMES EARL WARD is an African-American farmer residing in Dothan, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of

172

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

802.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

803.    Plaintiff was given Tracking # 15039 by the claims Monitor.

804.    In or about 1980 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

805.    Plaintiff, MCKINLEY WARNER is an African-American farmer residing in Silver Creek, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

173

806.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

807.    Plaintiff was given Tracking # 56341 by the claims Monitor.

808.    In or about 1992 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

809.    Plaintiff, M C WASHINGTON is an African-American farmer residing in ALICEVILLE, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

810.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

811.    Plaintiff was given Tracking # 0001321800 by the claims Monitor.

812.    In or about 1975-1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based

174

solely upon plaintiff's race.

813.    Plaintiff, Betty Watson is an African-American farmer residing in Pensacola, FL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

814.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

815.    Plaintiff was given Tracking # 00002060 and Affidavit # 10208-00 by the claims Monitor.

816.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

817.    Plaintiff, GWENDOLYN F WATSON is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

175

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

818.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

819.    Plaintiff was given Tracking # 26614-00 by the claims Monitor.

820.    In or about 1983 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

821.    Plaintiff, JOHN RICHARD WEST is an African-American farmer residing in

MIDWAY, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

822.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

823.    Plaintiff was given Tracking # 7384200 by the claims Monitor.

824.    In or about 2000 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

825.    Plaintiff, ROY LEE WESTRY is an African-American farmer residing in CAMDEN, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

826.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

827.    Plaintiff was given Tracking # 000061926-00 by the claims Monitor.

828.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

829.    Plaintiff, MONA  WHEELER is an African-American farmer residing in

177

COLLINS, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

830.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

831.    Plaintiff was given Tracking # 11061 by the claims Monitor.

832.    In or about 1989 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

833.    Plaintiff, ALBERTA WHITFIELD is an African-American farmer residing in EUTAW, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

178

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

834.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

835.    Plaintiff was given Tracking # 000007595200 and Affidavit # 57445 by the claims Monitor.

836.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

837.    Plaintiff, Clarence  Whitsett is an African-American farmer residing in Whatley, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

838.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

839.    Plaintiff was given Tracking # 51288 by the claims Monitor.

179

840.    In or about 1985 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

841.    Plaintiff, AUDREY DARLENE WILLIAMS is an African-American farmer residing in FAYETTE, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

842.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

843.    Plaintiff was given Tracking # 55447 by the claims Monitor.

844.    In or about 1981 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

845.    Plaintiff, CONNIE WILLIAMS is an African-American farmer residing in EUTAW, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of

180

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

846.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by

the claims Monitor for reasons other than the merits of the claim.

847.    Plaintiff was given Tracking # 00009381400 and Affidavit # 57444 by the claims

Monitor.

848.    In or about 1981 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon

plaintiff's race.

849.    Plaintiff, DOUGLAS WILLIAMS is an African-American farmer residing in

TANNER, AL who: (a) farmed or attempted to farm between January 1, 1981 and December

31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years

of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial

discrimination, including denial of his/her applications for farm ownership loans, and appropriate

loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed

a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging

acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

substantial damages.

850.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

851.    Plaintiff was given Tracking # 22247 by the claims Monitor.

852.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

853.    Plaintiff, PERCY WILLIAMS is an African-American farmer residing in Hazlehurst, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

854.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

855.    Plaintiff was given Tracking # 301 by the claims Monitor.

856.    In or about 1993 plaintiff applied for a government loan to assist in the operation

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

857.    Plaintiff, LILLIE M WILSON is an African-American farmer residing in CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

858.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

859.    Plaintiff was given Tracking # 00007080500 and Affidavit # 00258 by the claims Monitor.

860.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

861.    Plaintiff, SAMMIE L WILSON is an African-American farmer residing in CRAWFORD, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA

183

during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

862.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

863.    Plaintiff was given Tracking # 60059 and Affidavit # 73283 by the claims Monitor.

864.    In or about 1983 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

865.    Plaintiff, MELVIN  WINDHAM is an African-American farmer residing in HEIDELBERG, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant

USDA, causing him/her substantial damages.

866.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

867.    Plaintiff was given Tracking # 32836-00 by the claims Monitor.

868.    In or about 1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

869.    Plaintiff, BENITA  WOODARD is an African-American farmer residing in LIVINGSTON, AL who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

870.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

871.    Plaintiff was given  Affidavit # 424138181 by the claims Monitor.

872.    In or about 1984 plaintiff applied for a government loan to assist in the operation

185

of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

873.    Plaintiff, IRMA HARRIS WOODS is an African-American farmer residing in NATCHEZ, MS who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

874.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

875.    Plaintiff was given Tracking # 95922-00 and Affidavit # 60371 by the claims Monitor.

876.    In or about 1982-1984 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

877.    Plaintiff, KAREN D WRIGHT is an African-American farmer residing in Union City, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of

January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her substantial damages.

878.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

879.    Plaintiff was given Tracking # 000102966 and Affidavit # 54816 by the claims Monitor.

880.    In or about 1987 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

881.    Plaintiff, LYNETTE M WYNNE is an African-American farmer residing in Dacula, GA who: (a) farmed or attempted to farm between January 1, 1981 and December 31, 1996, and (b) applied for various loan programs with the Defendant USDA during the years of January 1, 1981 and December 31, 1996, and was the subject of willful and continuous racial discrimination, including denial of his/her applications for farm ownership loans, and appropriate loan servicing, by reason of his/her race, causing him/her substantial damages and (c) timely filed a complaint against Defendant USDA after January 1, 1981, but prior to July 1, 1997, alleging acts of discrimination, which complaint was denied by Defendant USDA, causing him/her

187

substantial damages.

882.    Thereafter, Plaintiff filed a claim in the Pigford matter which claim was denied by the claims Monitor for reasons other than the merits of the claim.

883.    Plaintiff was given Tracking # 000069025 and Claim # 91842 by the claims Monitor.

884.    In or about 1991 plaintiff applied for a government loan to assist in the operation of plaintiff's farming operations which assistance was denied by the defendant based solely upon plaintiff's race.

## COUNT I - REQUEST FOR RELIEF UNDER SECTION 14012 (DETERMINATION ON MERITS OF PIGFORD CLAIMS) OF THE FOOD, CONSERVATION, AND ENERGY ACT OF 2008

885.    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein.

886.    Each of the Plaintiffs is an individual who had requested relief in the matter of *Pigford v. Glickman* but was refused compensation by the claims monitor who claimed that the Plaintiffs filed late or untimely claims. Therefore Plaintiffs never had their claims determined base upon the merits of those claims.

887.    Pursuant to Section 14012 (Determination on Merits of Pigford Claims) of the Act, Plaintiffs request that within one hundred twenty (120) days of filing of this Complaint that the Defendant provide to the Plaintiffs a report on farm credit loans made within the Plaintiffs' county or adjacent county by the Department during the period beginning on January 1 of the year preceding the year or years covered by the Complaint and ending on December 31 of the

188

year following such year or years.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that the Court:

(A) Provide a process for each Plaintiff to file his or her Pigford claim, either under Section 14012(f) of the Act for expedited resolution and liquidated damages or Section 14012(g) for actual damages.

(B) Order Defendant to provide to each Plaintiff – within 120 days of receiving notice of each Plaintiff's claim – a report on farm credit loans and noncredit benefits made within each Plaintiff's county and meet all other requirements of Section 14012(e) of the Act;

(C) Provide each Plaintiff a determination on the merits of his or her claim;

(D) Award each Plaintiff either (a) the actual damages he/she sustained as a result of discrimination by the USDA; or (b) liquidated damages in the amount of $50,000 for each Plaintiff; or (c) liquidated damages in the amount of $3,000 for non-credit benefit claims;

(E) Order Defendant to discharge any debts incurred by the Plaintiffs under, or that were affected by, such discrimination;

(F) Order Defendant to make a tax payment for each Plaintiff, in the amount equal to 25 percent of any liquidated damages and any loan principal discharged;

(G) Order Defendant to pay for Plaintiffs' costs, including attorneys' fees; and

(H) Grant such other and further relief that the Court deems to be just and equitable.

Respectfully Submitted,

BY: _____
Harris L. Pogust, Esquire
D.C. Bar No. AR0001
Pogust Braslow & Millrood, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
610-941-4204 ph.
610-941-4245 fax


**DATED:** _____ **2008**


## **VERIFICATION**


I verify under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2008.    _____

190